```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

ANDREA IRVIN                                              PLAINTIFF

VS.                        CIVIL ACTION NO: 5:10-cv-196(DCB)(JMR)

SOUTHERN SNOW MANUFACTURING, INC.;
SOUTHERN SNOW INTERNATIONAL, INC.;
ABC, and DEF                                             DEFENDANTS

## ORDER

This cause comes before the Court sua sponte to address inquiries concerning the Evidentiary Hearing scheduled for Friday, September 16, 2011, at 10:00 a.m.  The defendants' motion for hearing requested "an evidentiary hearing and oral argument."  The plaintiff opposed the motion, but sought, in the event the Court allowed the hearing, "to elicit testimony from John Hagood and any other duly designated corporate representative of the Defendants." The Court granted the defendants' motion for the purpose of hearing oral argument on the motion to dismiss.  However, if either side wishes to elicit testimony or present other evidence they may do so.

SO ORDERED, this the 9th day of September, 2011.

                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE